IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL TICE                                                                                                    PETITIONER

v.                                              NO. 5:09CV00029 JLH

LARRY NORRIS, Director of the
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Carl Tice is denied, and this proceeding is dismissed.

IT IS SO ORDERED this 17th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE